**FILED**
August 14, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
                                 )   Case No. CR S. 07-0341 FCD
         Plaintiff,              )
                                 )
v.                               )   ORDER FOR RELEASE OF
                                 )   PERSON IN CUSTODY
HEATHER MICHELLE WILSON,         )
                                 )
         Defendant.              )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release HEATHER MICHELLE WILSON, Case No. CR S. 07-0341 FCD, Charge Title 18 USC § 371, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of $ 50,000.00

_X_ Unsecured Appearance Bond

___ Appearance Bond with 10% Deposit

___ Appearance Bond with Surety

___ Corporate Surety Bail Bond

_X_ (Other)  With pretrial services supervision of conditions.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on August 14, 2007 at 2:30 pm.

By _____
Dale A. Drozd
United States Magistrate Judge