DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
HEATHER MICHELLE WILSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:07-cr-0341-FCD |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| HEATHER MICHELLE WILSON, | Date: September 24, 2007 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Hon. Frank C. Damrell, Jr. |

    It is hereby stipulated and agreed to between the United States of America through MICHELLE RODRIGUEZ, Assistant United States Attorney and HEATHER MICHELLE WILSON, by and through her counsel, Rachelle Barbour, Assistant Federal Defender, that the status conference presently scheduled for September 14, 2007 be vacated and rescheduled for September 24, 2007 at 10:00 a.m.

    This continuance is being requested because the government has provided hundreds of pages of discovery and a plea agreement to defense counsel. Defense counsel requires adequate time to review the discovery, obtain records, conduct investigation, and discuss the plea

1  agreement and sentencing guidelines with Ms. Wilson.

2      IT IS FURTHER STIPULATED that the period from the date of this
3  stipulation through and including September 24, 2007, be excluded in
4  computing the time within which trial must commence under the Speedy
5  Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4
6  for continuity and preparation of counsel.

Dated: September 6, 2007

                            Respectfully submitted,

                            DANIEL J. BRODERICK
                            Federal Defender

                            /s/ Rachelle Barbour
                            _____
                            RACHELLE BARBOUR
                            Assistant Federal Defender
                            Attorney for Defendant
                            HEATHER MICHELLE WILSON

Dated: September 6, 2007

                            MCGREGOR W. SCOTT
                            United States Attorney

                            /s/ Rachelle Barbour for
                            _____
                            MICHELLE RODRIGUEZ
                            Assistant U.S. Attorney
                            per email authority

**O R D E R**

    IT IS SO ORDERED.

Dated: September 10, 2007

                            _____
                            FRANK C. DAMRELL, JR.
                            UNITED STATES DISTRICT JUDGE